**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| DIANE O'NEIL,<br><br>Plaintiff,<br>vs.<br><br>SOMATICS, LLC, et al.,<br><br>Defendants. | Case No.: 1:20-cv-175-PB |

**DECLARATION OF SUSAN COLE**

I, Susan Cole, declare as follows:

1. I am one of the counsel for Defendant Somatics, LLC ("Somatics"), in the above-captioned case. I make this declaration based upon my personal knowledge and I am competent to testify hereto.

2. Attached as Exhibit A is a true and accurate copy of excerpts from the deposition of Reinhard Viehoff, M.D.

3. Attached as Exhibit B is a true and accurate copy of a medical research article authored by Randall T. Espinoza, M.D. and Charles H. Kellner, M.D.

4. Attached as Exhibit C is a true and accurate copy of medical research article authored by Amal Joseph Jolly and Shubh Mohan Singh.

5. Attached as Exhibit D is a true and accurate copy of excerpts from the deposition of Plaintiff Diane O'Neil.

6. Attached as Exhibit E is a true and accurate copy of excerpts from the deposition of David Ledner, M.D.

7. Attached as Exhibit F is a true and accurate copy of a medical record of Plaintiff Diane O'Neil produced by her counsel.

8. Attached as Exhibit G is a true and accurate copy of excerpts from the deposition of Jonathan Schwartz, M.D.

9. Attached as Exhibit H is a true and accurate copy of a medical research article authored by Donatella Marazziti, Giorio Consoli, Michela Picchetti, Marina Carlini, Luca Faravelli.

10. Attached as Exhibit I is a true and accurate copy of Volume 1 of the deposition of Bennet Omalu, M.D.

11. Attached as Exhibit J is a true and accurate copy of Volume 2 of the deposition of Bennet Omalu, M.D.

12. Attached as Exhibit K is a true and accurate copy of Volume 3 of the deposition of Bennet Omalu, M.D.

13. Attached as Exhibit L is a true and accurate copy of the expert report of Bennet Omalu, M.D.

14. Attached as Exhibit M is a true and accurate copy of an excerpt from a textbook authored by Benjamin James Sadock, M.D., Virginia Alcott, M.D., and Pedro Ruiz, M.D.

15. Attached as Exhibit N is a true and accurate copy of an excerpt from the deposition of Kenneth Castleman, Ph.D.

16. Attached as Exhibit O is a true and accurate copy of an order of the Honorable Judge Tom Barber of the United States District Court of the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on the 30th day of November 2023, at Miami, Florida.

*/s/ Susan J. Cole*
Susan J. Cole

Respectfully submitted,
DEFENDANT
SOMATICS, LLC

/s/ Susan J. Cole
Susan J. Cole, Esq., B.C.S. (*pro hac vice*)
Joseph T. Prive, Esq., NH Bar No. 274780
MG+M The Law Firm
701 Brickell Avenue, Suite 2000
Miami, FL 33131
Tel: (305) 537-3410
Fax: (305) 537-3411
scole@mgmlaw.com
*Counsel for Defendant Somatics, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the United States District Court for the District of New Hampshire by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record on November 30, 2023:

*/s/ Jason A. Benkner*
Jason A. Benkner