The NEW ENGLAND JOURNAL of MEDICINE

REVIEW ARTICLE

Allan H. Ropper, M.D., *Editor*

# Electroconvulsive Therapy

Randall T. Espinoza, M.D., and Charles H. Kellner, M.D.

Electroconvulsive therapy (ECT) has been an essential treatment for severe mood and psychotic disorders for many decades, and its use is supported by evidence of efficacy and safety.[1-3] This brief review discusses current indications for ECT and recent advances in treatment. Over the past 15 years, new treatments — for example, vagus-nerve stimulation, transcranial magnetic stimulation, and intranasal administration of esketamine — have been approved for use in depression. Trials comparing new treatments directly with ECT have been inadequate,[2,3] and none of these approaches have been considered a replacement for ECT in severely depressed and certain psychotic patients.[3,4]

Untreated severe depressive and psychotic illnesses are associated with high rates of suicide and hospitalization, prolonged illness, and reductions in productivity and quality of life.[5] Studies have indicated that the use of ECT results in a decreased risk of suicide,[6] improved functional outcomes[7] and quality of life,[7,8] and decreased rates of rehospitalization.[9-11] In specific populations, ECT can rapidly ameliorate depressive, psychotic, and catatonic symptoms and can decrease suicidal drive. Trials of ECT for major depressive disorder in patients with treatment-resistant depression have shown pooled response rates of 60 to 80% and pooled remission rates of 50 to 60%.[2,7] High rates of response to ECT have been reported in patients with psychotic depression or catatonia. In a study involving patients with treatment-resistant schizophrenia, ECT efficacy rates ranged from 40 to 70%,[12] and in some Asian countries, the primary indication for ECT is schizophrenia.[7,9] For example, in an uncontrolled study of treatment-resistant schizophrenia, in which ECT was combined with clozapine, 50% of patients had at least a 40% reduction in symptoms after a course of ECT.[13] In patients with bipolar mania and those with mixed mood states (the concurrent presence of manic and depressive symptoms), ECT has led to symptom control within weeks.[14,15]

However, a study has shown that ECT has been underused.[1] Furthermore, ECT is less accessible to uninsured or underinsured patients and those receiving care in public hospitals than to other patient populations,[16] it has been underused in some large health care systems,[17] it has been limited to inpatient settings,[18] and it is less accessible to minority racial or ethnic groups than to other groups.[19,20] Stigma and lack of knowledge have constrained the use and acceptance of ECT.[1,21,22]

The contemporary practice of ECT involves induction of brief general anesthesia (typically lasting less than 10 minutes), pharmacologic muscle relaxation, and continuous monitoring of oxygen saturation, blood pressure, and heart rate and rhythm. An electrical charge is delivered to the brain through scalp electrodes, which results in a generalized seizure typically lasting for 20 to 60 seconds. Most patients receive between 6 and 12 treatments spaced over a period of 2 to 4 weeks as an initial course of treatment.

From the Department of Psychiatry and Biobehavioral Sciences, David Geffen School of Medicine, University of California, Los Angeles, Los Angeles (R.T.E.); and the Department of Psychiatry and Behavioral Sciences, Medical University of South Carolina, Charleston (C.H.K.). Dr. Espinoza can be contacted at respinoza@mednet.ucla.edu or at the Department of Psychiatry and Biobehavioral Sciences, David Geffen School of Medicine, University of California, Los Angeles, 300 UCLA Medical Plaza, Suite 2235, Los Angeles, CA 90095.

N Engl J Med 2022;386:667-72.
DOI: 10.1056/NEJMra2034954
*Copyright © 2022 Massachusetts Medical Society.*

CME at NEJM.org

## CLINICAL INDICATIONS

In 2018, the Food and Drug Administration (FDA) reclassified ECT devices from class III (high risk) to class II (moderate risk, requiring special controls) for use



The New England Journal of Medicine
Downloaded from nejm.org by Susan Cole on February 21, 2022. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

**Table 1. Features of Initial and Maintenance Electroconvulsive Therapy (ECT).**

| |
|---|
| **Initial course** |
| Consists of 6 to 12 treatments, on average; usually performed 2 or 3 times/wk for 2–4 wk |
| No set minimum or maximum number of treatments |
| Continued until patient has maximal sustained response or side effects limit further use |
| Performed in inpatient or outpatient setting, depending on illness severity or logistics |
| **Continuation or maintenance treatment** |
| Follows completion of an index course |
| Performed in outpatient setting |
| Gradually tapered, with increasing intervals between treatments |
| Goal is to deliver the fewest treatments needed to sustain a response |
| May continue months to years (no set maximum number of treatments) |

in the treatment of severe major unipolar or bipolar depressive episodes or catatonia in persons 13 years of age or older, whose disorder is "treatment resistant or who require a rapid response due to the severity of their psychiatric or medical condition."[23] These stipulations are analogous to the "on label" uses of drugs. The FDA did not define the terms "severe" and "treatment resistant" and did not specify the circumstances under which a rapid response might be required. The FDA also did not rule on other uses of ECT in practice, leaving them to clinical judgment. ECT has been tested for other conditions, including bipolar disorder (manic or mixed states),[14,15] schizophrenia,[7,12,13] and Parkinson's disease, according to narrative reviews and meta-analyses.[24] There have been reports of uncontrolled, off-label use of ECT for the treatment of self-injurious behaviors due to autism,[25] behavioral and psychological symptoms of dementia,[26] and status epilepticus.[27] However, these reports are preliminary. The use of ECT in patients with these conditions cannot be endorsed at this time because the evidence base remains too small.

Most patients referred for ECT have debilitating, severe illness that has persisted despite multiple medications.[3,4,28] For depressive and schizophrenic disorders, health care economic studies suggest that ECT may be cost-effective after no more than two medication trials, as an alternative to allowing patients to remain impaired for months or years.[9,12,28] Similar health care economic findings have supported the use of ECT for depression complicating schizophrenia and for treatment-resistant schizophrenia either with or without clozapine.[12,13,29] When patients are ill with potentially life-threatening symptoms, including suicidality, psychosis, and other complications of illness (e.g., dehydration, malnutrition, catatonia, worsening of pain, deconditioning, and pressure sores) that require a rapid response, ECT may be recommended as a primary treatment without repeated medication trials.[30] A comprehensive informed-consent process is an integral part of the evaluation for ECT. Some patients lack the capacity to provide informed consent; in such cases, local statutes for establishing capacity are followed, which may include such measures as the court appointment of a surrogate decision maker. Analyses of statutes governing the administration of ECT show a correlation between restrictive policies and diminished use of, or access to, ECT.[31,32]

## COURSE OF TREATMENT

ECT comprises two phases of care (Table 1). In the initial phase, the goal is a response or, ideally, remission. Patients are assessed clinically after each treatment for benefit and side effects, with subsequent periodic assessments based on commonly used mood and cognition rating scales. The initial phase continues until patients have a maximal sustained treatment response or side effects limit further use of the treatment.

After patients have had sufficient clinical improvement, ECT is generally not stopped abruptly, owing to the risk of relapse. In a randomized 24-week trial,[33] cessation of ECT and subsequent administration of placebo resulted in an estimated relapse rate of 84%, as compared with the use of a single antidepressant agent (nortriptyline) or a combination of an antidepressant (nortriptyline) and lithium, which resulted in relapse rates of 60% and 39%, respectively. In another randomized trial,[34] which compared continuation of ECT (10 treatments) with combination pharmacotherapy (a tricyclic antidepressant plus lithium) for 6 months after an initial course of ECT, relapse rates were similar in the two treatment groups; about 46% of patients in each group had a sustained remission.

Current practice for preventing a relapse is to taper ECT after an initial course and continue treatment with pharmacotherapy, maintenance ECT, or both, guided by the number and severity



The New England Journal of Medicine
Downloaded from nejm.org by Susan Cole on February 21, 2022. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

Omalu Ex B- 0002

Case 1:20-cv-00175-PB Document 95-3 Filed 11/30/23 Page 3 of 6


of prior depressive episodes and the number of previous medication trials.[35] Combination pharmacotherapy after an initial course of ECT may include an antidepressant and lithium, although other mood stabilizers and other classes of medications have been used.[33,34] During the maintenance phase of ECT, a single outpatient ECT treatment is provided at increasing intervals, typically starting weekly, then monthly or longer, with the goal of delivering the fewest treatments needed to maintain remission. In the PRIDE (Prolonging Remission in Depressed Elderly) study, ECT once a week for 4 weeks after the initial course, with the combination of venlafaxine and lithium, as well as additional maintenance ECT as needed for recurrent symptoms,[36] was associated with a sustained response in more than 80% of patients over a period of 6 months. A similar strategy of tapering ECT for the treatment of schizophrenia or other conditions has not been well studied. In one systematic review, maintenance ECT was reportedly beneficial in treatment-resistant schizophrenia.[37] In a randomized trial, antidepressant monotherapy after ECT was not adequate for relapse prevention in patients with treatment-resistant depression.[33] Adjunctive cognitive behavioral therapy may aid in preventing relapse of depression in patients receiving maintenance ECT.[38] Although some of these strategies have reduced rates of relapse, the duration of benefit from ECT varies across patients, and relapse prevention remains an important clinical challenge.

## TECHNIQUE OF ECT

Three configurations of electrode placement are used in the contemporary practice of ECT: bilateral (bitemporal), right unilateral, and bifrontal placement. All three are effective when used with an appropriate charge dose.[39] Bilateral electrode placement is the standard of care in many countries; it has high efficacy and may provide a faster onset of action than right unilateral placement but is associated with more cognitive side effects.[39,40] Right unilateral ECT, in which both electrodes are applied over the right hemisphere, has been as effective as bilateral ECT for many, but not all, patients in randomized trials.[39,40] The electrical stimulus and charge doses are manipulated to maximize the efficacy of right unilateral ECT while limiting its adverse cognitive effects as compared with bilateral ECT.[41-44] Patients who do not have a response to several treatments with right unilateral electrode placement may benefit from a switch to bilateral placement.[44,45] The efficacy and side-effect profile of bifrontal placement are similar to those of bilateral placement.[39] For urgent clinical situations, bilateral stimulation is often recommended because of its slightly more rapid response.[30,40,45]

Electrical stimulus dosing in ECT is based on research suggesting that the amount of charge delivered above the threshold for producing a seizure (the seizure threshold) affects treatment outcome, particularly with right unilateral electrode placement.[44] The seizure threshold is determined at the first treatment session by a stepwise method in which progressively higher charge stimuli are delivered until a generalized seizure is elicited, with both electroencephalographic and motor manifestations.[41,42] Individualized stimulus dosing at subsequent treatments, depending on electrode placement, is then delivered at a charge of 1.5 to 6 times the seizure threshold. The electrical stimulus, including pulse width, frequency, duration, and current amplitude, can be manipulated to increase the efficiency of seizure induction and propagation. An ultrabrief pulse width (<0.5 msec) has been shown to elicit a generalized seizure more efficiently than longer pulse widths at lower charge and is associated with fewer adverse cognitive effects.[42,43]

## SAFETY

The estimated mortality with ECT is approximately 2.1 deaths per 100,000 treatments.[46-48] The most frequent complications are acute cardiopulmonary events, which have been estimated to occur in less than 1% of treatments.[46,47] In addition to the routine preprocedural evaluation by clinicians in primary care or internal medicine and anesthesiology, a cardiology consultation may be indicated for patients with risk factors for or a history of cardiac disease. Serious adverse events associated with ECT, which are rare, include cardiac arrhythmias with or without hemodynamic changes, respiratory distress, prolonged apnea, aspiration, prolonged paralysis, and prolonged seizures. Common but minor side effects include headache, jaw soreness, myalgias, postprocedure nausea and vomiting, and fatigue, all of which are self-limited or require only symptomatic treatment.



The New England Journal of Medicine
Downloaded from nejm.org by Susan Cole on February 21, 2022. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

Omalu Ex B- 0003

**Table 2. Indications for ECT According to Treatment Guidelines.***

| Indication | APA | CANMAT | RANZCP | WFSBP |
|---|---|---|---|---|
| Major depression | 3rd or 4th step | 1st or 2nd step | 1st, 2nd, or 3rd step | 3rd or 4th step |
| Bipolar disorder | | | | |
| Depression | 3rd or 4th step | 1st or 2nd step | 2nd or 3rd step | 3rd or 4th step |
| Mania | 3rd or 4th step | 1st or 2nd step | 2nd or 3rd step | 4th or 5th step |
| Mixed state | 4th or 5th step | Not stated | Not stated | Not stated |
| Schizophrenia | Treatment-resistant | Not included | 3rd or 4th step | 3rd or 4th step |
| Other conditions | Yes | Not included | Not included | If clinically indicated |
| Comments | Patient can choose to consider ECT at any point for any of the indications listed above | Best evidence guides treatment choice | None | None |

* "Step" refers to the step in treatment. All four guidelines recommend a gradual tapering of ECT and consideration of maintenance ECT as a relapse-prevention strategy after an initial course of ECT. APA denotes American Psychiatric Association, CANMAT Canadian Network for Mood and Anxiety Treatments, RANZCP Royal Australian and New Zealand College of Psychiatrists, and WFSBP World Federation of Societies of Biological Psychiatry.

## COGNITIVE EFFECTS

Patient, provider, and public concerns about cognitive impairment remain obstacles to the use of ECT.[1,21,49] The contemporary practice of ECT results in fewer cognitive side effects than treatments in the past. Studies have sought to characterize the type, extent, and course of cognitive deficits resulting from ECT and to identify techniques for preventing or mitigating these effects.[43,44,49-51] The main cognitive domains that have been measured in relation to ECT are anterograde and retrograde memory, attention, executive function, and processing speed.[49-51]

Cognitive effects vary among patients and ECT techniques.[43,44,50] Greater cognitive impairment has been associated with bilateral electrode placement, a larger number of treatments, and a higher stimulus charge,[40,41,50] and less impairment has been associated with right unilateral electrode placement, ultrabrief pulse widths, and shorter treatment courses.[40-43] It has not been possible to predict how an individual patient may be affected, but most patients have mild or moderate cognitive side effects, which usually resolve within days to weeks after the completion of the ECT course.[43,49-51] Anterograde amnesia typically resolves within 2 to 4 weeks. In contrast, retrograde amnesia — primarily gaps in autobiographical memory but not loss of semantic knowledge — develops gradually over a series of treatments and resolves more slowly, over a period of weeks to months after completion of the index course. For some patients, retrograde amnesia persists for more than a year.[50] The presence of ongoing depressive or other psychiatric symptoms may contribute to and correlate with persistent cognitive impairment that may be detected on neuropsychological testing.[49,50] In rare cases, an acute confusional state or delirium develops, requiring interruption or cessation of the treatment course. For many patients, including those undergoing maintenance ECT, as severe depression resolves, cognition in functions affected by depressive illness improves.[49,51,52] Neuropathological and neuroimaging studies have not shown evidence of structural brain damage after ECT.[53,54] In a Danish National Patient Registry cohort study involving 168,015 patients with depression, of whom 3.1% had at least one ECT treatment, over a median follow-up of 4.9 years, ECT was not associated with an increased risk of incident dementia.[55]

## NEUROBIOLOGIC EFFECTS

The mechanism of action of ECT is not fully understood. Surrogates for the mechanism have been sought in studies of changes in brain structure and amine metabolism. In patients with depression, replicated imaging findings have shown that the gray-matter volume in the frontolimbic areas, particularly in the hippocampus and amygdala, is greater after a course of ECT



The New England Journal of Medicine
Downloaded from nejm.org by Susan Cole on February 21, 2022. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

Omalu Ex B- 0004

than before this treatment.[54,56,57] Diffusion tensor imaging studies have shown ECT-associated increases in the integrity of white-matter tracts in the frontal and temporal lobes.[54,56] Some studies have shown increases in monoamine neurotransmitters, normalization of the cortisol response to dexamethasone, and increased neurogenesis in the dentate gyrus, all of which putatively contribute to the mechanism of action. Large-scale studies using multiple types of analyses ("omics" studies, gene expression studies, and multimodal neuroimaging) are under way.[58,59]

## STIGMA AND ECT

Sensationalist media portrayals, lack of knowledge among physicians about contemporary techniques of ECT, fear of electricity, and concern about memory effects have all contributed to the stigmatization of ECT.[1,21,22] Anti-ECT campaigns have long been part of an antipsychiatry movement, and Internet sources have promulgated misinformation about the procedure. Accurate, objective information is available from medical sources and leading academic organizations. Guidelines from major psychiatric associations[30,60-62] include ECT in treatment algorithms for severe and treatment-resistant mood and psychotic disorders (Table 2).

## CONCLUSIONS

ECT is a valuable treatment for several severe psychiatric illnesses, particularly when a rapid response is critical and when other treatments have failed. Refinements in technique have reduced, but not eliminated, side effects. Research into the neurobiologic basis for the effects of ECT is ongoing, since the mechanism of action is not known. Stigma and lack of access to treatment have contributed to the underuse of ECT.

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

## REFERENCES

1. Sackeim HA. Modern electroconvulsive therapy: vastly improved yet greatly underused. JAMA Psychiatry 2017;74:779-80.
2. Mutz J, Vipulananthan V, Carter B, Hurlemann R, Fu CHY, Young AH. Comparative efficacy and acceptability of non-surgical brain stimulation for the acute treatment of major depressive episodes in adults: systematic review and network meta-analysis. BMJ 2019;364:l1079.
3. Bewernick B, Schlaepfer TE. Update on neuromodulation for treatment-resistant depression. F1000Res 2015;4:1389.
4. Kellner CH, Kaicher DC, Banerjee H, et al. Depression severity in electroconvulsive therapy (ECT) versus pharmacotherapy trials. J ECT 2015;31:31-3.
5. Malhi GS, Mann JJ. Depression. Lancet 2018;392:2299-312.
6. Rönnqvist I, Nilsson FK, Nordenskjöld A. Electroconvulsive therapy and the risk of suicide in hospitalized patients with major depressive disorder. JAMA Netw Open 2021;4(7):e2116589.
7. Tor PC, Tan XW, Martin D, Loo C. Comparative outcomes in electroconvulsive therapy (ECT): a naturalistic comparison between outcomes in psychosis, mania, depression, psychotic depression and catatonia. Eur Neuropsychopharmacol 2021;51:43-54.
8. McCall WV, Lisanby SH, Rosenquist PB, et al. Effects of continuation electroconvulsive therapy on quality of life in elderly depressed patients: a randomized clinical trial. J Psychiatr Res 2018;97:65-9.
9. Lin H-T, Liu S-K, Hsieh MH, et al. Impacts of electroconvulsive therapy on 1-year outcomes in patients with schizophrenia: a controlled, population-based mirror-image study. Schizophr Bull 2018;44:798-806.
10. Slade EP, Jahn DR, Regenold WT, Case BG. Association of electroconvulsive therapy with psychiatric readmissions in US hospitals. JAMA Psychiatry 2017;74:798-804.
11. Ying Y-B, Jia L-N, Wang Z-Y, et al. Electroconvulsive therapy is associated with lower readmission rates in patients with schizophrenia. Brain Stimul 2021;14:913-21.
12. Chan CYW, Abdin E, Seow E, et al. Clinical effectiveness and speed of response of electroconvulsive therapy in treatment-resistant schizophrenia. Psychiatry Clin Neurosci 2019;73:416-22.
13. Petrides G, Malur C, Braga RJ, et al. Electroconvulsive therapy augmentation in clozapine-resistant schizophrenia: a prospective, randomized study. Am J Psychiatry 2015;172:52-8.
14. Elias A, Thomas N, Sackeim HA. Electroconvulsive therapy in mania: a review of 80 years of clinical experience. Am J Psychiatry 2021;178:229-39.
15. Perugi G, Medda P, Toni C, Mariani MG, Socci C, Mauri M. The role of electroconvulsive therapy (ECT) in bipolar disorder: effectiveness in 522 patients with bipolar depression, mixed-state, mania and catatonic features. Curr Neuropharmacol 2017;15:359-71.
16. Wilkinson ST, Agbese E, Leslie DL, Rosenheck RA. Identifying recipients of electroconvulsive therapy: data from privately insured Americans. Psychiatr Serv 2018;69:542-8.
17. Peltzman T, Gottlieb DJ, Shiner B, Riblet N, Watts BV. Electroconvulsive therapy in Veterans Health Administration hospitals: prevalence, patterns of use, and patient characteristics. J ECT 2020;36:130-6.
18. Kaster TS, Blumberger DM, Gomes T, et al. Patient-level characteristics and inequitable access to inpatient electroconvulsive therapy for depression: a population-based cross-sectional study: caractéristiques au niveau du patient et accès inéquitable à la thérapie électroconvulsive pour patients hospitalisés. Can J Psychiatry 2021;66:147-58.
19. Jones KC, Salemi JL, Dongarwar D, et al. Racial/ethnic disparities in receipt of electroconvulsive therapy for elderly patients with a principal diagnosis of depression in inpatient settings. Am J Geriatr Psychiatry 2019;27:266-78.
20. Black Parker C, McCall WV, Spearman-McCarthy EV, Rosenquist P, Cortese N. Clinicians' racial bias contributing to disparities in electroconvulsive therapy for patients from racial-ethnic minority groups. Psychiatr Serv 2021;72:684-90.
21. Gergel T. "Shock tactics", ethics and fear: an academic and personal perspective on the case against electroconvulsive therapy. Br J Psychiatry 2021 October 12:1-4. (Epub ahead of print).
22. Sienaert P. Based on a true story? The portrayal of ECT in international movies and television programs. Brain Stimul 2016;9:882-91.
23. Food and Drug Administration, HHS. Neurological devices; reclassification of electroconvulsive therapy devices; effec-



The New England Journal of Medicine
Downloaded from nejm.org by Susan Cole on February 21, 2022. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.
Omalu Ex B- 0005

Case 1:20-cv-00175-PB Document 95-3 Filed 11/30/23 Page 6 of 6


tive date of requirement for premarket approval for electroconvulsive therapy devices for certain specified intended uses. Final order. Fed Regist 2018;83:66103-24.
**24.** Takamiya A, Seki M, Kudo S, et al. Electroconvulsive therapy for Parkinson's disease: a systematic review and meta-analysis. Mov Disord 2021;36:50-8.
**25.** Park SE, Grados M, Wachtel L, Kaji S. Use of electroconvulsive therapy in autism. Psychiatr Clin North Am 2021;44:23-33.
**26.** van den Berg JF, Kruithof HC, Kok RM, Verwijk E, Spaans H-P. Electroconvulsive therapy for agitation and aggression in dementia: a systematic review. Am J Geriatr Psychiatry 2018;26:419-34.
**27.** Stavropoulos I, Pak HL, Valentin A. Neuromodulation in super-refractory status epilepticus. J Clin Neurophysiol 2021;38:494-502.
**28.** Ross EL, Zivin K, Maixner DF. Cost-effectiveness of electroconvulsive therapy vs pharmacotherapy/psychotherapy for treatment-resistant depression in the United States. JAMA Psychiatry 2018;75:713-22.
**29.** Grover S, Shouan A, Chakrabarti S, Sahoo S, Mehra A. Effectiveness of ECT in management of depression in patients with schizophrenia: an open labelled study. Schizophr Res 2020;222:530-1.
**30.** American Psychiatric Association Committee on Electroconvulsive Therapy. The practice of electroconvulsive therapy: recommendations for treatment, training, and privileging: a task force report of the American Psychiatric Association. 2nd ed. Washington, DC: American Psychiatric Association Publishing, 2001.
**31.** Das P, Jagadheesan K, Walker F, et al. Is there a change in electroconvulsive therapy practice following the new Mental Health Act 2014 in Victoria?: a study at a metropolitan mental health service. J ECT 2019;35:245-50.
**32.** Livingston R, Wu C, Mu K, Coffey MJ. Regulation of electroconvulsive therapy: a systematic review of US state laws. J ECT 2018;34:60-8.
**33.** Sackeim HA, Haskett RF, Mulsant BH, et al. Continuation pharmacotherapy in the prevention of relapse following electroconvulsive therapy: a randomized controlled trial. JAMA 2001;285:1299-307.
**34.** Kellner CH, Knapp RG, Petrides G, et al. Continuation electroconvulsive therapy vs pharmacotherapy for relapse prevention in major depression: a multisite study from the Consortium for Research in Electroconvulsive Therapy (CORE). Arch Gen Psychiatry 2006;63:1337-44.
**35.** Elias A, Phutane VH, Clarke S, Prudic J. Electroconvulsive therapy in the continuation and maintenance treatment of depression: systematic review and meta-analyses. Aust N Z J Psychiatry 2018;52:415-24.
**36.** Kellner CH, Husain MM, Knapp RG, et al. A novel strategy for continuation ECT in geriatric depression: phase 2 of the PRIDE study. Am J Psychiatry 2016;173:1110-8.
**37.** Ward HB, Szabo ST, Rakesh G. Maintenance ECT in schizophrenia: a systematic review. Psychiatry Res 2018;264:131-42.
**38.** Brakemeier E-L, Merkl A, Wilbertz G, et al. Cognitive-behavioral therapy as continuation treatment to sustain response after electroconvulsive therapy in depression: a randomized controlled trial. Biol Psychiatry 2014;76:194-202.
**39.** Kellner CH, Knapp R, Husain MM, et al. Bifrontal, bitemporal and right unilateral electrode placement in ECT: randomised trial. Br J Psychiatry 2010;196:226-34.
**40.** Kolshus E, Jelovac A, McLoughlin DM. Bitemporal v. high-dose right unilateral electroconvulsive therapy for depression: a systematic review and meta-analysis of randomized controlled trials. Psychol Med 2017;47:518-30.
**41.** Sackeim HA, Prudic J, Nobler MS, et al. Effects of pulse width and electrode placement on the efficacy and cognitive effects of electroconvulsive therapy. Brain Stimul 2008;1:71-83.
**42.** Loo CK, Katalinic N, Smith DJ, et al. A randomized controlled trial of brief and ultrabrief pulse right unilateral electroconvulsive therapy. Int J Neuropsychopharmacol 2014;18(1):pyu045.
**43.** Landry M, Moreno A, Patry S, Potvin S, Lemasson M. Current practices of electroconvulsive therapy in mental disorders: a systematic review and meta-analysis of short and long-term cognitive effects. J ECT 2021;37:119-27.
**44.** Sackeim HA, Prudic J, Devanand DP, et al. Effects of stimulus intensity and electrode placement on the efficacy and cognitive effects of electroconvulsive therapy. N Engl J Med 1993;328:839-46.
**45.** Sackeim HA, Prudic J, Devanand DP, et al. The benefits and costs of changing treatment technique in electroconvulsive therapy due to insufficient improvement of a major depressive episode. Brain Stimul 2020;13:1284-95.
**46.** Kaster TS, Vigod SN, Gomes T, Sutradhar R, Wijeysundera DN, Blumberger DM. Risk of serious medical events in patients with depression treated with electroconvulsive therapy: a propensity score-matched, retrospective cohort study. Lancet Psychiatry 2021;8:686-95.
**47.** Watts BV, Peltzman T, Shiner B. Mortality after electroconvulsive therapy. Br J Psychiatry 2021 June 24 (Epub ahead of print).
**48.** Rhee TG, Sint K, Olfson M, Gerhard T, Busch SH, Wilkinson ST. Association of ECT with risks of all-cause mortality and suicide in older Medicare patients. Am J Psychiatry 2021;178:1089-97.
**49.** Anderson IM, McAllister-Williams RH, Downey D, Elliott R, Loo C. Cognitive function after electroconvulsive therapy for depression: relationship to clinical response. Psychol Med 2021;51:1647-56.
**50.** Semkovska M, McLoughlin DM. Objective cognitive performance associated with electroconvulsive therapy for depression: a systematic review and meta-analysis. Biol Psychiatry 2010;68:568-77.
**51.** Vasavada MM, Leaver AM, Njau S, et al. Short- and long-term cognitive outcomes in patients with major depression treated with electroconvulsive therapy. J ECT 2017;33:278-85.
**52.** Luccarelli J, McCoy TH Jr, Seiner SJ, Henry ME. Maintenance ECT is associated with sustained improvement in depression symptoms without adverse cognitive effects in a retrospective cohort of 100 patients each receiving 50 or more ECT treatments. J Affect Disord 2020;271:109-14.
**53.** Besse M, Belz M, Folsche T, et al. Serum neurofilament light chain (NFL) remains unchanged during electroconvulsive therapy. World J Biol Psychiatry 2020;21:148-54.
**54.** Gbyl K, Videbech P. Electroconvulsive therapy increases brain volume in major depression: a systematic review and meta-analysis. Acta Psychiatr Scand 2018;138:180-95.
**55.** Osler M, Rozing MP, Christensen GT, Andersen PK, Jørgensen MB. Electroconvulsive therapy and risk of dementia in patients with affective disorders: a cohort study. Lancet Psychiatry 2018;5:348-56.
**56.** Ousdal OT, Brancati GE, Kessler U, et al. The neurobiological effects of electroconvulsive therapy studied through magnetic resonance: what have we learned, and where do we go? Biol Psychiatry 2021 May 31 (Epub ahead of print).
**57.** Joshi SH, Espinoza RT, Pirnia T, et al. Structural plasticity of the hippocampus and amygdala induced by electroconvulsive therapy in major depression. Biol Psychiatry 2016;79:282-92.
**58.** Oltedal L, Bartsch H, Sørhaug OJE, et al. The Global ECT-MRI Research Collaboration (GEMRIC): establishing a multi-site investigation of the neural mechanisms underlying response to electroconvulsive therapy. Neuroimage Clin 2017;14:422-32.
**59.** Oltedal L, Narr KL, Abbott C, et al. Volume of the human hippocampus and clinical response following electroconvulsive therapy. Biol Psychiatry 2018;84:574-81.
**60.** Milev RV, Giacobbe P, Kennedy SH, et al. Canadian Network for Mood and Anxiety Treatments (CANMAT) 2016 clinical guidelines for the management of adults with major depressive disorder. 4. Neurostimulation treatments. Can J Psychiatry 2016;61:561-75.
**61.** Schlaepfer TE, George MS, Mayberg H. WFSBP guidelines on brain stimulation treatments in psychiatry. World J Biol Psychiatry 2010;11:2-18.
**62.** Weiss A, Hussain S, Ng B, et al. Royal Australian and New Zealand College of Psychiatrists professional practice guidelines for the administration of electroconvulsive therapy. Aust N Z J Psychiatry 2019;53:609-23.
*Copyright © 2022 Massachusetts Medical Society.*



The New England Journal of Medicine
Downloaded from nejm.org by Susan Cole on February 21, 2022. For personal use only. No other uses without permission.
Copyright © 2022 Massachusetts Medical Society. All rights reserved.

Omalu Ex B- 0006