# In the Matter Of:

O'NEIL V SOMATICS

1:20-cv-175-PB

## DIANE O NEIL

*November 02, 2021*

*VOLUME I*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

2010.
Q. And was that therapy for the entire family or just you and your husband?
A. It was all of us.
Q. Okay. Doctor -- sorry, not doctor, Stephen, Mr. Catalano, did he prescribe any medications to you?
A. No, no. He was a family therapist.
Q. And you mentioned your son. I think you referred to his Leukemia; is that right?
A. Uh-huh.
Q. He was diagnosed with Leukemia around 2009; is that what you said?
A. Yes.
Q. How old was he?
A. Six.
Q. And he recovered from that; is that right?
A. Yes, he did.
Q. How long was he under treatment for Leukemia, approximately?
A. A little over three years.
Q. Was that a traumatic period of your life, your son's Leukemia and the treatment thereafter?
A. Well, it must have been, but I mean I was

really functional and really strong and did a lot of stuff and ran the business, ran my son, kept my son in school, kept him in sports, kept him seeing friends, didn't stop living, did the whole mask-Purell thing, kept on top of his chemo regimen, went to Dartmouth three days, four days every week, kept him up in school with his tutors, ran the show. I ran everything, ran the house, ran the business, ran everything. Very highly functioning.

Q. So, was it not a traumatic period for you?

A. I think it was.

MS. ALARCON: Objection. It misstates her testimony. She's answered the question.

Q. Was it a mentally traumatic experience for you or not, ma'am?

A. Yeah, I suppose. I mean you're son's diagnosed with cancer. He had a very high risk Leukemia. Yeah, it was traumatic.

Q. You mentioned when your husband passed away that you, you had been separated for a couple of years; is that right?

A. Yes.

Q. Was that a, after your husband's death, did that lead to a period of more severe depression in your life?

A. Yes.

Q. When did that -- did that begin immediately after his death or did that set on, you know, gradually over time?

A. Yeah, I think it was pretty much right after his death then I started, yeah, yes.

Q. When was that that he passed away, 2014?

A. April of 2014.

Q. And was that a continuous, severe depression that began in April of 2014 that lasted for a period of time?

A. Yeah. It was pretty bad depression, yes.

Q. How long did that last for?

A. It's really hard to say. It's really hard to say because so much happened. Then I started getting ECT treatments, and I can't remember stuff.

Q. Let me ask you this question. Let me ask it this way. Did that severe depressive episode continue and ultimately lead to you considering

ECT treatment?
A. Yes. That's why I was considering -- that's why I did the ECT treatment.
Q. So, that severe depression started shortly after April of 2014 and then worsened leading up to the time that you sought ECT treatment; is that fair?
A. Yes.
Q. Okay. When did you seek ECT treatment?
A. In 2016.
Q. Do you remember what month you began that?
A. Well, I know I had it -- I don't know. I know the last treatment was February of 2017, I believe. So, I had, I stopped it on the seventeenth treatment when I realized it was making me worse. So, I must have started it in, I don't know, July of 2016.
Q. The records -- and we may look at some -- the records refer to August of 2016?
A. Okay. That's right, August.
Q. And how many sessions do you believe you received?
A. I believe like I stopped it on Number 17. I think I was supposed to have 24. I'm not

whatever you can remember?

MS. ALARCON: Object to form and it's compound.

Q. All right. Yeah, I'm just asking you to identify any medications you recall taking over the years to treat any mental health conditions.

A. Cymbalta, and I think I was on Prozac. Yeah, Prozac and Cymbalta. That's all. The two that I remember.

Q. What about Valium?

A. I think at one point, at one point, I was on that for a very short period.

Q. Lithium, were you on at one point; do you know?

A. I don't think, no. No, never.

Q. You don't think so?

A. No. I don't think I did that, no.

Q. What about Xanax; do you recall?

A. Yeah, Xanax and Adderall. After the ECT, they gave me Adderall.

Q. And I mentioned earlier I think one of the records we looked at there was a Trintellix. Do you have any memory of taking a medication

called Trintellix?
A. I don't remember that particular name, no, but, no, I don't remember.
Q. Do you have any memory of any particular medications you took over the years that were beneficial to you and your depression?
A. No. That's why I was pretty much resistant to -- that's why we tried ECT.
Q. Okay. And at different points in time, have you stopped, on your own, taking your medications to kind of clear your mind or to try to clear your system of medications?
A. Yeah. I mean I would try to -- just worried about them, all these medications on my liver and kidneys. So, I didn't want to be -- I didn't like being on anything for like year after year after year.
Q. And was that -- would you make decisions from time to time to just stop taking the medication you were prescribed without consulting with your doctor about that first?
A. Not -- I think I did that once. It wasn't a routine basis.
Q. Okay. Do you remember when it was, the one you

of symptoms you reported to him. I'm looking at the bottom of 847, and there's a reference that says, she realized she had depression as an adult. She reports symptoms of anxiety that were -- I know I wrote that down. I will skip it. Poor self esteem. Poor concentration. Insomnia without medication. Do you see that? I know it's hard to work out. Are those symptoms that you were having when you started seeing Dr. Ledner?

A. Yes, I guess.

Q. Okay. Do you have a memory of having poor concentration issues when you started with him, what that involved?

A. I think I was just so depressed. I was just very depressed. This was what year? Let me see. So, yeah, I was very depressed. I got very depressed after my husband died.

Q. So, on Page 847 to 848, there's a reference to patient reported having 20 therapists since 1993 with one year since. Not in therapy.

THE WITNESS: Where are we?

Q. Is that a true statement? I'm looking at Page 848. There's a past psychiatric history

my screen. One moment. It looks like a visit with Dr. Ledner on June 9, 2016, that starts on Page 852, and then 853 is a visit noted on June 24, 2016. Do you see this page?

THE WITNESS: On 853?

Q. 853 is where I'm going. Just taking a moment to load on my screen here, but it references you being hospitalized from June 15 to June 22 at SNHMC due to severe depression, suicidal thoughts and planned to take an overdose. Do you see that?

A. Yes.

Q. Do you recall -- do you have a memory of that one-week admission at Southern New Hampshire Medical Center?

A. Yes.

Q. Okay. Was that voluntary or an involuntary admission?

A. Voluntary. It was voluntary.

Q. So, at that time, you had been, you had been considering a potential overdose; is that correct?

A. Yeah, I guess, yeah.

Q. The records, reviewing the records from

Dr. Ledner over the ensuing weeks, July to August, it references some medication adjustments, and then that, you know, the depression had not alleviated. Is that your memory that Dr. Ledner tried to -- some different medications and some dosages, but nothing was helping your severe depression at that time?

A. Yeah. That's my memory, yes.

Q. On 855, let me see here, there's a treatment note of August 3, 2016.

A. Uh-huh.

Q. It says, patient is here with her brother. She reports that her mood remains very depressed. She denies having suicidal ideation. However, it says, she is willing to consider ECT. Medication, medications are not effective. I discussed with her the use of bright light. I don't know if that says chemotherapy or -- I'm doing my best to read, but the record speaks for itself. Bright light, some kind of therapy in addition to medications. Do you see that?

A. Yes.

Q. Do you have a recollection -- do you have a

C E R T I F I C A T E

I, Mary Ellen Hall, a Notary Public within and for the Commonwealth of Massachusetts, duly commissioned, qualified and authorized to administer oaths and to take and certify depositions, do hereby certify that heretofore, to wit, on the 2nd day of November, 2021, personally appeared, via Zoom, before me, Diane O'Neil, at Loveland, Colorado, in the afore-captioned cause now pending in the United States District Court, for the District of New Hampshire, that the Witness was duly sworn by me to testify to the truth, the whole truth, and nothing but the truth; that thereupon and while said Witness was under oath, the within deposition was taken down by me in shorthand at the time and place herein named and was thereafter reduced to typewriting under my supervision.

I further certify that I am not interested in the event of the action.

Reading and signing of the transcript was requested by the parties.

IN WITNESS WHEREOF, I have hereunto subscribed my hand this 18th day of November, 2021.

Mary Ellen Hall

MARY ELLEN HALL, NOTARY PUBLIC

IN RE: DIANE O'NEIL VS. SOMATICS, LLC and ELEKTRIKA, INC.
VOLUME I, DEPOSITION OF DIANE O'NEIL

My MA commission expires April 15, 2022.