VOL: I
PAGES: 1-288
EXHIBITS: 1-4

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

C.A. NO.: 21-0453-G

* * * * * * * * * * * * * * * * * * * *
DIANE O'NEIL, *
Plaintiff *
-vs- *
*
SOMATICS, LLC, and *
ELEKTRIKA, INC., *
Defendants *
* * * * * * * * * * * * * * * * * * * *

AUDIO-VIDEO ZOOM DEPOSITION of DAVID LEDNER, M.D, a witness called on behalf of the Defendants, before Jean Wiseman, a Notary Public and Certified Shorthand Reporter within and for the Sate of New Hampshire, at the offices of LAMORA PSYCHOLOGICAL ASSOCIATES, 39 Simon Street, Nashua, New Hampshire, on Tuesday, November 9, 2021, commencing at 10:05 a.m.

ELLEN M. FRITCH & ASSOCIATES
COURT REPORTING SERVICES
363 Silver Street
South Boston, MA 02127
(617) 365-3002
emfritch@aol.com

and possibly Dr. Viehoff.
Q Do you know if when Dr. Ramirez did his initial history and physical of Ms. O'Neil whether or not that process would have included any discussion or assessment of the appropriateness of ECT for Ms. O'Neil?
A If that was the treatment being considered, yes.
Q And do you recall, Doctor, or have you seen from looking at your records when Ms. O'Neil was referred to Elliot Hospital that the purpose of the referral there was for ECT or for her to be evaluated for ECT treatment?
MS. ESFANDIARI: Objection to form.
A Excuse me?
Q You can answer. So if you hear someone say objection, unless your lawyer tells you not to answer, you can answer.
A So my recollection is that the patient was referred to the Elliot Hospital by me because the patient presented to my office with a worsening in her depressive symptoms with the new development of suicidal thinking, including a plan or a possible plan or thought

to take an overdose of medication or pills and she was sent to the hospital for her safety and for her ongoing treatment.

Q And we'll get back to the specifics of her treatment in a few minutes and we'll have the benefit of your notes as well.

So you also have on your CV, Southern New Hampshire Medical Center, staff psychiatrist from January of 2005 to November of 2006; is that correct?

A Yes.

Q Before that you were the Medical Director of the Senior Adult Mental Health Unit at St. Joseph's Hospital from 1997 to 2002; is that right?

A Yes.

Q And previously a staff psychiatrist at Charter Brookside Hospital from May of '95 to February 18, 2000; is that right?

A Yes.

Q Then it says that you were a self-employed full-time private practice psychiatrist in Dallas, Texas as of 1985 to March of 1995 combining inpatient and outpatient practice,

A Inability to feel pleasure.
Q There's a reference in this note to "Patient requests re-evaluation." Did you see that?
A Yes.
Q Do you know why it's referred to that way as a re-evaluation?
A Yes.
Q Okay. Tell us what that means?
A Specifically, with this patient it came to light that she had had treatment from other providers over the years and had been on multiple anti-depressant medications as well as a couple of mood stabilizer medications. She had many courses of psychotherapy throughout much of her life by her report.
And in the referral pages that Lynne Randall had written, Lynne Randall initially referred the patient to Dr. Golden, a psychiatrist at Merrimack Valley Counseling Center, which is actually in Nashua also, but that the patient in her meeting with Dr. Golden was -- made comments to Lynne Randall that she did not have confidence in him.
"I was not entirely comfortable in

Q Doctor, continuing onto this second page of your initial evaluation note, it continues with HPI, History of Present Illness. Do you see that?
A Yes.
Q Would you just read through that for us, please?
A This says -- well, Diane O'Neil is at the top with a date of June 3, 2016, and this is a continuation of Initial Evaluation and history of Present Illness. It says: She feels sad all of the time. She still has trichotillomania. She has stress of moving from Alton, New Hampshire to Nashua, New Hampshire two months ago.
She tries to function, but feels dysfunctional. She fights urges to go back to bed. Her son is doing better in school here.
Q Would you continue with the Past Psychiatric History, please?
A Group grief therapy after sister's death. Individual therapy in 1993 when unhappy in her marriage. She has had about 20 therapists through the years since then. Maybe one year

not in therapy since then.

Past Medications: Paxil, Celexa, Effexor, Prozac, Wellbutrin, Lamictil, Zoloft, Lithium, Pristiq. Never on tricyclic anti-depressants, monoamine oxidase inhibitors -- and those are abbreviated -- Cymbalta or atypical anti-psychotics.

No psychiatric hospitalizations. Southern New Hampshire Medical Center outpatient program for two days, six weeks ago. No history of suicide attempts.

Q Hold on, Doctor. It looks like we are having a bandwidth problem. It appears that the issue is on your end.

(Pause.)

Q Can you hear us, Doctor?

A Yes, I can.

Q It sounds better. Maybe we have passed that period. So I think we lost you where you said that she had no prior psychiatric hospitalizations. I think that you referred to a very intensive outpatient program at Southern New Hampshire Medical Center for two days, six weeks ago; is that right?

Q She references she is still under a lot of stress, correct?
A Yes.
Q Apparently, she was trying to buy a condo and had some issue with that. She continues to be very depressed with anergia, anhedonia, anxiety -- waning? Does that say waning?
A Worry, w-o-r-r-y.
Q And then she gives informed consent to start certraline; is that right?
A Yes.
Q She denies suicidal ideation at the time, correct?
A Correct.
Q And then you started the certraline, correct?
A Yes.
Q The next page 853 is dated 6-24-16, right?
A Yes.
Q It references that she was hospitalized from June 15th to June 22nd at Southern NH Medical Center due to severe depression, suicidal thoughts and the plan to take an overdose, right?
A Yes.

the 24th.
Q Did you have any intention of modifying any of that medication regimen?
A Not on that date. The patient had just been discharged from the hospital.
Q And then the next visit that you have with her is August 17th, correct? I'm sorry, I take that back. August 3rd, correct?
A I see a note from July 14th.
Q Right. And there you've continued the medications from the hospital, correct?
A Yes. And the dose of the lamotrigine was increased. And the Abilify, Trazedone, certraline, alprazolam were continued on July 14th.
Q Okay. Now, these medications, how long does it take them to work -- to be effective?
A There's a range. Typically, in the range of between two weeks and six weeks is the general range for the vast majority of patients.
Q And were they working for her?
A She had not had an optimal response to the medications.
Q And when you say "yet", what time period are

CERTIFICATE

State of New Hampshire
Hillsborough County

I, Jean Wiseman, Certified Shorthand Reporter and Notary Public in and for the State of New Hampshire, do hereby certify:

That DAVID M. LEDNER, M.D., the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such statement is a true record of the testimony given by the said witness.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 26th day of November, 2021.

My Commission expires 21 May, 2025.

___________________

JEAN WISEMAN

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.