Consent (Informed) for Tx - Scan on 8/30/2016 7:02 AM (below)

*Elliot Hospital*
*Manchester, New Hampshire*

9764961 724546
ONEIL,DIANE
7/11/1965 51 yrs F
DR. A. J. RAMIREZ
CSN: 40807353

Behavioral Health
**Electroconvulsive Therapy (ECT) Authorization**

Attending Physician: Reinhard Viehoff, MD

Patient Name: Diane Oneil

Your doctor has recommended that you receive treatment with Electroconvulsive Therapy (ECT). ECT has helped thousands of patients since 1938. There are other treatments for your condition, including medications and psychotherapy, and whether ECT or another treatment is most appropriate depends on a person's prior experience with these treatments, the nature of their psychiatric illness, and other considerations. Your doctor has explained why ECT has been recommended specifically for you. The potential benefit of ECT for you is that it may improve your symptoms. ECT has been shown to be a highly effective treatment for people with your condition. However, not all patients respond the same. Some recover quickly, others recover only to relapse again and require further treatment; while still others fail to respond at all.

Treatments are usually given in the morning before breakfast, about three times a week, by a psychiatrist, an anesthesiologist, and several nurses.

Because the treatments involve general anesthesia, you will have had nothing to eat or drink for at least 6 hours before each treatment, unless special orders have been written by your doctor for you to receive medicines with a sip of water. In the treatment room you will be asked to lie down. A needle will be inserted into one of your veins so you can receive fluid and medications. The medicine will make you feel sleepy and relaxed. You will also be given oxygen. The treatment will be given while you are asleep. Two small round pads, called electrodes, will be placed on your head and an electrical stimulus will be passed through them to stimulate your brain. Muscle relaxants given to you prior to treatment help to prevent your body from shaking. You will not experience pain or discomfort during the treatment. The treatment will take only a few minutes. You will not feel the electrical stimulus, and when you wake up, you will have no memory of the treatment. You will awaken as if you were coming out of a deep sleep. You may have some confusion as you are waking up. This usually goes away within a few hours. Nursing staff will stay with you until you are fully awake.

As with all forms of medical treatment, there is a possibility of some side effects of treatment. You may have a headache, muscle soreness, or nausea. These side effects usually respond to simple treatment. Minor irregularities in heart rate and rhythm often occur. Very rarely, myocardial infarction (heart attack) or stroke can occur. Patients sometimes report difficulty remembering some things such as the names of friends, dates or other facts. Normally this clears within four weeks after the last treatment. Dislocations or bone fracture occur extremely rarely. There is a slight risk of damage to fragile teeth. As with any general anesthetic procedure, there is a remote possibility of death. It is estimated that fatality associated with ECT occurs approximately 1 per 10,000 patients treated.

To reduce the risk of medical complications, you will receive a careful medical evaluation prior to starting ECT. To reduce risk of dental complications, a soft dental guard will be inserted in your mouth before treatment is administered.

During the course of ECT unforeseen conditions may arise that necessitate treatment or other procedures/interventions different from the ones mentioned above. Your signature on this consent





CONFIDENTIAL

Elliot Hospital
Manchester, New Hampshire

9764961
ONEIL,DIANE
7/11/1965 51 yrs
DR. A. J. RAMIREZ
CSN: 40807353

724546
F

Patient Information

Behavioral Health
**Electroconvulsive Therapy (ECT) Authorization**

authorizes and requests that the physician, his/her assistant or other physician(s) who may need to be consulted, may perform such treatment or procedure/intervention as such physicians deem necessary in their professional judgment.

The number of treatments you will have depends on how much the treatments help you, but no more than twelve (12) will be given without talking it over with you again. An authorization form would be obtained at that time, if treatments were to continue. The treatment course is discussed regularly with you by your doctors and your nursing staff.

You may stop the treatments at any time, but you will be asked to have as many as your doctor thinks you need. Feel free to ask your doctor or any of the staff any questions than you may have.

I, Diane Oneil, have read about the treatments, and it has been explained to me by R. Viehoff, MD, who has also explained alternatives to ECT. I understand the potential benefits as well as the potential risks involved in treatment of my diagnosis by means of electroconvulsive therapy (ECT). All my questions have been answered to my satisfaction.

I hereby give my consent and request and authorize the staff of Elliot Hospital to give a series of electroconvulsive treatments to me. I understand that Dr. Schwartz / Viehoff will be in charge of my treatments. The conduct of ECT at this hospital is under the direction of Drs. Jonathon Schwartz and Reinhard Viehoff. They may be reached at 603-663-5600.

**PSYCHIATRIST OBTAINING CONSENT:**

I hereby certify that:

- I have fully explained the ECT procedure, its benefits, its risks and alternative treatments to the patient and/or legal representative.
- I have answered any questions the patient and/or legal representative has asked me.
- This patient and/or legal representative have the ability to understand and appreciate the nature, risks, and consequences of ECT treatment, including the risks and benefits of and reasonable alternatives to ECT treatment.

Name: R. Viehoff, MD Date: 8/22/16 / Time: 0853
*Psychiatrist (please print name)*

Signature: R. Viehoff MD
*Psychiatrist*

Signature: Diane O'Neil Date: 8/22/16 / Time: 10:55
*Patient*

| **NOTE: If patient is UNABLE TO CONSENT FOR SELF,<br>Please complete next page.** |
|---|

EH-152 (02/10) White Copy - Medical Records Yellow Copy - Patient's Copy





CONFIDENTIAL