UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Case No.: 1:20-cv-00175-PB

- - - - - - - - - - - - - - - - - - -X
DIANE O'NEIL, :
Plaintiff :
:
VS :
:
SOMATICS, LLC and ELEKTRIKA, INC., :
Defendants :
- - - - - - - - - - - - - - - - - - -X

Videotaped deposition of
JONATHAN SCHWARTZ, M.D.
taken via videoconference before Clifford Edwards,
Certified Shorthand Reporter and Notary Public, on
November 8, 2021, at 10:06 a.m.

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

increased suicidal ideation or suicidal statements, you would -- you would have made a note of that in your records; correct, Doctor?

A I -- I would have, yes.

Q And you didn't see any references in your records that there was any increase in her suicidal ideation or statements of intent to commit suicide; correct?

A Correct.

Q Doctor, do you believe that ECT is a useful tool to treat major depression?

A Yes.

Q Do you consider ECT to be an effective tool in treating major depression?

A Yes.

Q Okay. Do you agree that the psychiatric community accepts ECT as an effective tool in treating major depression?

A Yes.

Q Are -- are -- are cognitive symptoms such as poor concentration, attention deficits, confusion, memory impairment, symptoms that are caused by, you know, major depression itself?

A Yes.

C E R T I F I C A T E

I, Clifford Edwards, Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, the witness was duly remotely sworn to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony, that said deposition was taken by me stenographically at the time and date hereinbefore set forth, and the foregoing is a true and accurate transcript of the testimony.

I FURTHER CERTIFY that I am neither of counsel nor attorney to any of the parties to said suit, nor am I an employee of any party to said suit, nor of any counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 17th day of November, 2021.

Clifford Edwards
Notary Public

My commission expires: 9/30/2026