UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

DIANE O'NEIL,
PLAINTIFF,
v. Case No. 1:20-cv-175-PB

SOMATICS, LLC, ET AL.,

DEFENDANTS.

___________________________)

VOLUME 3
VIRTUAL VIDEOTAPED
DEPOSITION OF
BENNET OMALU, M.D.
NOVEMBER 13, 2023

ATKINSON-BAKER, A VERITEXT COMPANY
(800) 288-3376
REPORTED BY: KIMBERLY K. WALSTAD, CSR NO. 13828
FILE NO.: 6309954

based on the Hill's criteria. Period.
BY MS. COLE: 11:44:01AM
Q Can you give me the name of an 11:44:02AM
epidemiological study that says that ECT is a risk
factor for brain damage --
A Just a minute. 11:44:17AM
Q -- in humans? 11:44:17AM
A Just a minute. Sorry. I switched my 11:44:20AM
computers. I need to upload my -- just give me a
minute. Let me start my second computer.
Q That's fine. 11:44:42AM
A There's a paper -- that's one of the 11:45:30AM
papers by Sackeim -- S-a-c-k-e-i-m -- Sackeim,
et al., titled "The cognitive effects of
electroconvulsive therapy in community settings."
Q Where in Dr. Sackeim's paper of 2007 that 11:45:59AM
you were just citing does it say that ECT is
associated with brain damage?
A Cognitive effects is brain damage. You 11:46:14AM
cannot suffer cognitive impairment without brain
damage. Cognitive effect is a manifestation of
brain damage, just like memory impairment is a
manifestation of brain damage, just like stroke is a
manifestation of brain damage, just like loss of
consciousness is a manifestation of brain damage.

So to ask me to show "where does it say" is not a fair question. The paper says, from the studies they have done, exposure to cognitive -- to ECT causes cognitive impairment. Cognitive impairment is brain damage. 11:46:47AM

Q So you are equating, for your opinion, cognitive impairment with brain damage; is that fair? 11:47:09AM

A Cognitive impairment, ma'am, as somebody who discovered chronic traumatic encephalopathy in football players, I equivocally state, with every conviction in my being, cognitive impairment is a confirmation of manifestation of brain damage. 11:47:16AM

Any doctor who contests that is not being a fair doctor. 11:47:38AM

Q Let me ask you this. If the cognitive impairment is temporary and clears up later, is that still, in your opinion, a manifestation of brain damage? 11:47:44AM

MR. ESFANDIARI: Objection. Incomplete hypothetical. 11:48:01AM

THE WITNESS: Yes. And a good scenario is somebody who has suffered a motor vehicle accident and they have amnesia -- we'll call it amnesia -- and after a while they recover some of it is a 11:48:04AM

90 millivolts resting membrane potential. And so, yes, the adverse effects are not intentional. These are the inherent -- inherent effects of the therapy that the patient must be made fully aware, just like the (indiscernible) has recommended.

And so when parties like you make claims that ECT doesn't cause brain damage, it is not good for the patient. That I'm a physician, I'll die and fight for patients. We should stop all that nonsense. We should say this entity introduces large amount of electricity to the human brain. It causes adverse effects. It can cause damage. 12:39:43PM

I'm beginning to get upset. I'm a physician. I have sympathy for patient. When I encounter things like this, it really upsets me. 12:40:11PM

Q Doctor, do you equate the changes in brain chemistry that happen with ECT to be the equivalent of brain damage or brain injury? 12:40:20PM

MR. ESFANDIARI: Objection. Lacks foundation, incomplete hypothetical. 12:40:34PM

THE WITNESS: Well, I've answered this. Let -- okay. Let me answer it in a different way. ECT is a treatment modality. Every treatment modality has side effects and adverse outcomes in their mechanisms of action, including every drug we 12:40:39PM

there. It's abnormal.

The human body -- just like cocaine -- the human body does not synthesize cocaine. So any amount of cocaine inside the human body is toxic. This is a biological gradient the Hill's criteria is talking about. 12:45:58PM

So given that ECT -- every electroshock is an abnormal process. The brain doesn't know what it is. So being an abnormal process, it induces abnormal consequences and changes in the human brain, including inflammatory enzymes. 12:46:13PM

Because for -- when they introduce the electricity and there is an effect, there is not a vacuum. There are biochemical and cellular mechanisms that links the electricity to the therapy effect. 12:46:36PM

Now, because such large amounts of electricity are unnatural and abnormal to the human body, the process is it induces abnormal, not natural. It's like drugs. So every drug, including ECT, has useful outcomes, therapeutic effects. 12:46:51PM

There are simultaneous -- simultaneous and contemporaneous -- contemporaneous adverse effects. That is a natural, well-established phenomenon of science of every therapy modality. Okay? 12:47:19PM

REPORTER CERTIFICATE

I hereby certify that the witness in the foregoing deposition, BENNET OMALU, M.D., was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth, in the within-entitled cause; that said deposition was taken at the time and place herein named; that the deposition is a true record of the witness's testimony as reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of November, 2023.



KIMBERLY K. WALSTAD, CSR NO. 13828
STATE OF CALIFORNIA