Activate your eBook

KAPLAN & SADOCK'S

# COMPREHENSIVE TEXTBOOK OF PSYCHIATRY

TENTH EDITION

ANNIVERSARY 50th EDITION

Benjamin James Sadock, M.D.
Virginia Alcott Sadock, M.D.
Pedro Ruiz, M.D.

Wolters Kluwer

VOLUME TWO

*Acquisitions Editor:* Chris Teja
*Product Development Editor:* Andrea Vosburgh, Franny Murphy
*Editorial Assistant:* Brian Convery
*Marketing Manager:* Rachel Mante Leung
*Production Project Manager:* Bridgett Dougherty
*Design Coordinator:* Holly McLaughlin
*Manufacturing Coordinator:* Beth Welsh
*Prepress Vendor:* Aptara, Inc.

10th edition

Copyright © 2017 Wolters Kluwer.

"Kaplan Sadock Psychiatry" with the pyramid logo is a trademark of Lippincott Williams & Wilkins.

Copyright © 2009 by Lippincott Williams & Wilkins. All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including as photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Wolters Kluwer at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via email at permissions@lww.com, or via our website at lww.com (products and services).

9 8 7 6 5 4 3 2

Printed in China

978-1-4511-0047-1
1-4511-0047-7
Library of Congress Cataloging-in-Publication Data
available upon request

This work is provided "as is," and the publisher disclaims any and all warranties, express or implied, including any warranties as to accuracy, comprehensiveness, or currency of the content of this work.

This work is no substitute for individual patient assessment based upon healthcare professionals' examination of each patient and consideration of, among other things, age, weight, gender, current or prior medical conditions, medication history, laboratory data and other factors unique to the patient. The publisher does not provide medical advice or guidance and this work is merely a reference tool. Healthcare professionals, and not the publisher, are solely responsible for the use of this work including all medical judgments and for any resulting diagnosis and treatments.

Given continuous, rapid advances in medical science and health information, independent professional verification of medical diagnoses, indications, appropriate pharmaceutical selections and dosages, and treatment options should be made and healthcare professionals should consult a variety of sources. When prescribing medication, healthcare professionals are advised to consult the product information sheet (the manufacturer's package insert) accompanying each drug to verify, among other things, conditions of use, warnings and side effects and identify any changes in dosage schedule or contraindications, particularly if the medication to be administered is new, infrequently used or has a narrow therapeutic range. To the maximum extent permitted under applicable law, no responsibility is assumed by the publisher for any injury and/or damage to persons or property, as a matter of products liability, negligence law or otherwise, or from any reference to or use by any person of this work.

LWW.com

CCS0618

Case 1:20-cv-00175-PB Document 95-14 Filed 11/30/23 Page 3 of 3




Brady KT, Myrick H, Henderson S, Coffey SF. The use of divalproex in alcohol relapse prevention: a pilot study. *Drug Alcohol Depend.* 2002;67(3):323–330.

Bredy TW, Wu H, Crego C, Zellhoefer J, Sun YE, Barad M. Histone modifications around individual BDNF gene promoters in prefrontal cortex are associated with extinction of conditioned fear. *Learn Mem.* 2007;14(4):268–276.

Carr RB, Shrewsbury K. Hyperammonemia due to valproic acid in the psychiatric setting. *Am J Psychiatry.* 2007;164(7):1020–1027.

Chaudron LH, Jefferson JW. Mood stabilizers during breast-feeding: a review. *J Clin Psychiatry.* 2000;61(2):79–90.

Chen PS, Wang CC, Bortner CD, et al. Valproic acid and other histone deacetylase inhibitors induce microglial apoptosis and attenuate lipopolysaccharide-induced dopaminergic neurotoxicity. *Neuroscience.* 2007;149(1):203–212.

Christensen J, Grønborg TK, Sørensen MJ, et al. Prenatal valproate exposure and risk of autism spectrum disorders and childhood autism. *JAMA.* 2013;309(16):1696–1703.

Cipriani A, Reid K, Young AH, Macritchie K, Geddes J. Valproic acid, valproate and divalproex in the maintenance treatment of bipolar disorder. *Cochrane Database Syst Rev.* 2013;(10):CD003196.

Davis LL, Bartolucci AL, Petty F. Divalproex in the treatment of bipolar depression: a placebo-controlled study. *J Affect Disord.* 2005;85(3):259–266.

Donovan SJ, Stewart JW, Nunes EV, et al. Divalproex treatment for youth with explosive temper and mood lability: a double-blind, placebo-controlled crossover design. (Brief Report). *Am J Psychiatry.* 2000;157(5):818–820.

Findling RL, Frazier TW, Youngstrom EA, et al. Double-blind, placebo-controlled trial of divalproex monotherapy in the treatment of symptomatic youth at high risk for developing bipolar disorder. *J Clin Psychiatry.* 2007;68(5):781–788.

Geller B, Luby JL, Joshi P, et al. A randomized controlled trial of risperidone, lithium, or divalproex sodium for initial treatment of bipolar I disorder, manic or mixed phase, in children and adolescents. *Arch Gen Psychiatry.* 2012;69(5):515–528.

Ghaemi SN, Gilmer WS, Goldberg JF, et al. Divalproex in the treatment of acute bipolar depression: a preliminary double-blind, randomized, placebo-controlled pilot study. *J Clin Psychiatry.* 2007;68(12):1840–1844.

Langosch JM, Drieling T, Biedermann NC, et al. Efficacy of quetiapine monotherapy in rapid-cycling bipolar disorder in comparison with sodium valproate. *J Clin Psychopharmacol.* 2008;28(5):555–560.

Loscher W. Valproate: a reappraisal of its pharmacodynamic properties and mechanisms of action. *Prog Neurobiol.* 1999;58(1):31–59.

*Manji HK, Moore GJ, Chen G. Clinical and preclinical evidence for neurotrophic effects of mood stabilizers: Implications for the pathophysiology and treatment of manic-depressive illness. *Biol Psychiatry.* 2000;48(8):740–754.

O'Donovon C, Kusumaker V, Graves GR, Bird DC. Menstrual abnormalities and polycystic ovary syndrome in women taking valproate for bipolar mood disorder. *J Clin Psychiatry.* 2002;63(4):322–330.

Post RM, Leverich GS. *Treatment of Bipolar Illness: A Case Book for Clinicians and Patients.* New York: WW Norton; 2008.

Rasgon NL, Altshuler LL, Fairbanks L, et al. Reproductive function and risk for PCOS in women treated for bipolar disorder. *Bipolar Disord.* 2005;7(3):246–259.

Salloum IM, Cornelius JR, Daley DC, Kirisci L, Himmelhoch JM, Thase ME. Efficacy of valproate maintenance in patients with bipolar disorder and alcoholism: a double-blind placebo-controlled study. *Arch Gen Psychiatry.* 2005;62(1):37–45.

Smith LA, Cornelius VR, Azorin JM, et al. Valproate for the treatment of acute bipolar depression: systematic review and meta-analysis. *J Affect Disord.* 2010;122:1–9.

Thomas SV, Ajaykumar B, Sindhu K, Nair MK, George B, Sarma PS. Motor and mental development of infants exposed to antiepileptic drugs in utero. *Epilepsy Behav.* 2008;13(1):229–236.

Tohen M, Baker RW, Altshuler LL, et al. Olanzapine versus divalproex in the treatment of acute mania. *Am J Psychiatry.* 2002;159(6):1011–1017.

Winsberg ME, DeGolia SG, Strong CM, Ketter TA. Divalproex therapy in medication-naive and mood-stabilizer-naive bipolar II depression. *J Affect Disord.* 2001;67:207–212.


# ▲ 34.35 Electroconvulsive Therapy

Joan Prudic, M.D., and Yuanli Duan, M.D., Ph.D.

Electroconvulsive therapy (ECT), also known as electroshock therapy, is a standard psychiatric treatment in which electricity is delivered through the scalp to induce a therapeutic seizure. First conducted in 1938 by two Italian physicians, Ugo Cerletti and Lucio Bini, on patients with schizophrenia, ECT has become the oldest somatic treatment for many psychiatric conditions, including depression, bipolar disorder, schizophrenia, and catatonia. Following professional guidelines, ECT is generally reserved for patients who have failed to respond to pharmacotherapy or have adverse reactions to standard pharmacotherapy, as well as those with severe symptoms such as suicidality, psychosis, or grave functional impairment, resulting in a need for a rapid and definitive response. It is estimated that about one million patients worldwide and 100,000 in the United States received ECT annually. Contrary to the sometime negative depiction of ECT, its safety and efficacy has been much improved with modification of various aspects of the technique such as optimization of the stimulus energy, electrode placement, the use and optimization of general anesthesia, as well as improvement in cardiopulmonary management. The application of ECT is regulated by the FDA, and there are regulatory and professional guidelines for proper consent procedures including situations where the patient lacks capacity. The mechanism of action of ECT remains an active area of hypothesis and research, although a great deal of information has been obtained with the availability of newer research tools.

## HISTORICAL OVERVIEW

Convulsive therapies for major psychiatric illnesses predate the modern therapeutic era with the use of camphor reported as early as the 16th century, and several accounts of camphor convulsive therapies from the late 1700s to the mid-1800s. With the success of malarial fever therapy for general paresis, interest in biologic therapies for psychiatric illnesses increased in the early 20th century. By the 1930s, insulin coma and psychosurgery had also been introduced.

Unaware of the history of camphor convulsive therapy, Meduna made the observation that the brains of epileptics had greater than normal numbers of glial cells, while those of schizophrenics had fewer, and hypothesized that there might be a biologic antagonism between convulsions and schizophrenia. Following animal experimentation, camphor was (again) selected as the appropriate agent to use for the therapeutic induction of seizures. In 1934, the first catatonic psychotic patient was successfully treated using intramuscular injections of camphor in oil to produce therapeutic seizures. Thirteen of a series of 26 patients treated similarly were reported to have had some degree of remission of psychosis. In 1937, a conference on convulsive therapies and insulin coma was held in Switzerland and the use of convulsive treatments spread.

Although effective, camphor was relatively long acting and was soon replaced by pentylenetetrazol. This agent was also associated with problems, principally patient rejection of the noxious sensations associated with GABA antagonism while conscious, for example, increased heart rate, feelings of terror, and myoclonus preictally.

Bini and Cerletti were interested in the use of electricity to induce seizures, and, after a series of animal experiments and observation of the use of electricity commercially, were able to safely apply current across the heads of animals for this purpose. In 1938, the first electroconvulsive treatment (ECT) course was administered to a delusional and incoherent patient, who improved with one treatment and remitted after 11 ECT. Electrical induction of convulsive therapy could be made more reliable and shorter acting than chemically induced convulsive therapies, and, by the early 1940s, had replaced them. In 1940, the first use of ECT occurred in the United States.

Throughout the 1940s, ECT was a first-line therapy for a variety of major psychiatric illnesses. In the ensuing decades, efforts to improve its acceptability and safety profile continued. In 1940 A. E. Bennett developed curare for use in the prevention of ECT-associated fractures, which had previously resulted from the severe muscle contractions associated with the tonic phase of the seizure induction.



By the 1950s brief general anesthesia with succinylcholine replaced curare. Other improvements in anesthesia, most notably oxygenation throughout the treatment session and cardiac and oxygen saturation monitoring became standard. Efficacy in disorders other than schizophrenia was demonstrated, most notably major depression.

In an effort to reduce the retrograde memory problems that persisted for some patients after the initial recovery period post-ECT, explorations of nondominant electrode placement and alternative, more efficient, waveforms were undertaken in subsequent decades. The practice of ECT also benefited from the introduction of controlled trials methodology, which demonstrated its safety and efficacy, and from refinements made in diagnostic systems and the process of informed consent. In the 1980s and 1990s efforts to assure uniformly high standards of practice were underway with the publication of recommendations for treatment delivery, education and training by professional organizations in the United States, England, Scandinavia, and Canada among others.

With the current widespread use of pharmacologic agents as first-line treatments for major psychiatric disorders, ECT is now more commonly used for patients with resistance to those treatments, except in the case of life-threatening illness due to inanition, severe suicidal symptoms, or catatonia. While the failure of subconvulsive stimulation to induce remission of psychiatric illness and the effectiveness of chemical convulsive therapy suggested that the seizure was necessary and sufficient for therapeutic benefit with ECT, it is now known that there is a dose–response relationship with right unilateral ECT, and that bilateral ECT is likely to be ineffective with ultrabrief pulse widths. Work continues to explore the underlying mechanisms and biologic characteristics of effective ECT treatments with a focus on making the treatment focus on appropriate neural networks with a more efficient stimulus as a method of reducing cognitive side effects. With the growing understanding that depression is a chronic disease for many patients, more emphasis has been placed on continuation and maintenance treatments following an acute course of ECT. Work has been published demonstrating the efficacy of both psychotropics and ECT in reducing relapse post-ECT.

Utilization of ECT has diminished since the middle of the last century, but, because ECT remains the most effective treatment for major depression and a rapidly effective treatment for life-threatening psychiatric conditions, ECT, unlike its contemporaneous somatic therapies, such as insulin coma, remains in the active treatment portfolio of modern therapeutics. Its use has shifted from public to private institutions, and it is estimated that approximately 100,000 patients have received ECT annually over the last few decades in the United States (Table 34.35–1).

**Table 34.35–1.**
**Milestones in the History of Convulsive Therapy**

| | |
|---|---|
| 1500s | Paracelsus induces seizures by administering camphor (po) to treat psychiatric illness. |
| 1785 | First published report of the use of seizure induction to treat mania, again using camphor. |
| 1934 | Von Meduna begins the modern era of convulsive therapy using intramuscular injection of camphor for catatonic schizophrenia. Camphor is soon replaced with pentylenetetrazol. |
| 1938 | Cerletti and Bini, conduct the first electrical induction of a series of seizures in a catatonic patient and produce a successful treatment response. |
| 1940 | ECT is introduced to the United States. |
| | A. E. Bennett develops curare for use as a muscle relaxant at ECT. |
| 1951 | Introduction of succinylcholine. |
| 1958 | First controlled study of unilateral ECT. |
| 1960 | Ottosson demonstrates that attenuation of seizure expression with an anticonvulsant agent (lidocaine) reduces the efficacy of ECT. In concert with other work suggesting that subconvulsive treatment produces only weak clinical responses, the hypothesis that seizure activity is both necessary and sufficient for efficacy is upheld. |
| 1960s | Randomized clinical trials of the efficacy of ECT vs. medications in the treatment of depression yield response rates that are significantly higher with ECT. |
| | Comparisons of neuroleptics and ECT show that neuroleptic medication is superior for acute treatment, although ECT may be more effective long-term. |
| 1970 | D'Elia develops what has become the most common electrode positioning for right unilateral ECT. |
| 1976 | A constant current, brief pulse ECT device, the prototype for modern devices, is developed. |
| 1978 | The American Psychiatric Association publishes the first Task Force Report on ECT with the aim of establishing standards for consent and the technical and clinical aspects of the conduct of ECT. |
| Late 1970s to Early 1980s | Randomized controlled trials demonstrate ECT is more effective than sham treatment for major depression. |
| 1985 | The National Institutes of Health/National Institute of Mental Health Consensus Conference on ECT endorses a role for the use of ECT and advocates research and national standards of practice. |
| 1987 | The belief that the seizure in itself is sufficient for clinical response is challenged by a report that the combination of dosage just above seizure threshold and right unilateral electrode placement, while producing a seizure of sufficient duration, is ineffective. |
| 1988 | Randomized controlled clinical trials of ECT vs. lithium demonstrate them to be equally effective in mania. |
| 2000 | In controlled trials, the dose/response relationship for right unilateral ECT is validated; high-dose right unilateral and bilateral ECT show equal response rates in major depression, but right unilateral electrode placement is associated with fewer adverse cognitive effects. |
| | Convulsive treatment is induced with magnetic stimulation by Lisanby and colleagues. |
| 2001 | The largest modern controlled trial of relapse prevention post-ECT with continuation pharmacotherapy demonstrates a significantly better outcome for combined treatment with a tricyclic antidepressant (nortriptyline) plus lithium compared to nortriptyline alone or placebo during the first 6 months post-ECT. |
| 2006 | In a large controlled trial, continuation ECT, given in a fixed schedule without concurrent psychotropic medications, is demonstrated to be effective, but a fixed schedule is only equivalent to combination lithium/nortriptyline. |
| 2008 | Ultrabrief right unilateral ECT is shown to be equivalent to brief pulse right unilateral and bilateral ECT in efficacy, but difficult to distinguish from a healthy never depressed control group in cognitive performance, including retrograde memory. In the same controlled trial, ultrabrief bilateral ECT at 150 percent above seizure threshold was ineffective, confirming earlier observations that the seizure itself is not sufficient for efficacy. |
| 2013 | Feasibility study of Focal Electrically Assisted Seizure Therapy published. |

Omalu Ex M- 0003