DIANE O'NEIL

vs

SOMATICS

Docket No. 1:20-cv-00175-PB

KENNETH CASTLEMAN

April 21, 2023

AVICORE REPORTING

15 Constitution Drive, Suite 1A • Bedford, NH 03110 • (603) 666-4100
info@avicorereporting.com • www.avicorereporting.com

Q. Okay. And what are you relying on in -- in concluding that that assumption made by Dr. Schwartz is incorrect?

A. My education in electrical engineering.

Q. Are you -- have you seen any published studies that have concluded what you are concluding here about that assumption?

A. I haven't -- I haven't studied the literature in detail on that. There haven't been many studies written on that. But I am basing that conclusion on what I know of -- of the anatomy of the head.

Q. I guess what a better question might be is -- what I want to know is how do you know that about the anatomy of the head? How did you come across that knowledge?

A. I studied anatomy and I reviewed -- I reviewed the anatomy of the head, particularly the skull, recently.

Q. When did you do that?

A. Earlier this week, I think, or last week.

Q. And what did you look at specifically to review the anatomy of the head?

C E R T I F I C A T E

I, Tina L. Hayes, a Licensed Shorthand Reporter and Notary Public of the State of New Hampshire, do hereby certify that the foregoing is a true and accurate transcript of my stenographic notes of the deposition of KENNETH R. CASTLEMAN, PH.D., who was duly sworn, taken on the date hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in this action.

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.

LICENSED COURT REPORTER TINA L. HAYES No. 80 SHORTHAND STATE OF NEW HAMPSHIRE

Tina L. Hayes, RPR, LCR