**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| DIANE O'NEIL,<br>Plaintiff,<br>v.<br>SOMATICS, LLC; and ELEKTRIKA, INC.,<br>Defendants. | Case No.: 1:20-cv-00175-PB<br>Judge: Honorable Judge Paul J. Barbadoro<br>Magistrate Judge: Honorable Andrea K. Johnstone |

**DECLARATION OF BIJAN ESFANDIARI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF BENNET OMALU, M.D.**

I, Bijan Esfandiari, declare and state as follows:

1. I am an attorney at Wisner Baum, LLP. I am duly admitted to practice before this Honorable Court and am one of the attorneys of record for Plaintiff Diane O'Neil. I have personal knowledge of the facts stated below and if called to testify as a witness, I could and would do so competently. I make this declaration in support of Plaintiff's Opposition to Defendant's *Daubert* Motion to Exclude the Testimony of Bennet Omalu, M.D.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Bennet Omalu, M.D.'s Curriculum Vitae.

3. Attached hereto as **Exhibit 2A** is a true and correct copy of the relevant portions of the official transcript of the Deposition of Bennet Omalu, M.D., Volume I, taken in this action on April 18, 2023.

4. Attached hereto as **Exhibit 2B** is a true and correct copy of the relevant portions of the official transcript of the Deposition of Bennet Omalu, M.D., Volume II, taken in this action on October 24, 2023.

5. Attached hereto as **Exhibit 2C** is a true and correct copy of the relevant portions of the official transcript of the Deposition of Bennet Omalu, M.D., Volume III, taken in this

action on November 13, 2023.

6. Attached hereto as **Exhibit 2D** is a true and correct copy of the relevant portions of the official transcript of the Deposition of Bennet Omalu, M.D., Volume II, taken in Thelen v. Somatics, LLC, Case No. 8:20-cv-01724-TPB-JSS in the USDC, Middle District of Florida on November 14, 2022.

7. Attached hereto as **Exhibit 2E** is a true and correct copy of the relevant portions of the official transcript of the Deposition of Bennet Omalu, M.D., Volume III, taken in Thelen v. Somatics, LLC, Case No. 8:20-cv-01724-TPB-JSS in the USDC, Middle District of Florida on February 27, 2023.

8. Attached hereto as **Exhibit 3** is a true and correct copy of Dr. Omalu's Supplemental list of references, which was provided to Somatics in this case.

9. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from Robbins et al., PATHOLOGIC BASIS OF DISEASE.

10. Attached hereto as **Exhibit 5** is a true and correct copy of an article by John Read, Ph.D. titled *"Shocked"* published in Aeon on March 4, 2021.

11. Attached hereto as **Exhibit 6** is a true and correct copy of a medical journal article by Bernard J. Alpers, titled *"The Brain Changes Associated with Electrical Shock Treatment: A Critical Review"* published in the Lancet in November 1941.

12. Attached hereto as **Exhibit 7** is a true and correct copy of I. M. Allen's 1959 medical journal article "*Cerebral Lesions from Electric Shock Treatment"* published in the New Zealand Medical Journal.

13. Attached hereto as **Exhibit 8** is a true and correct copy of Walter Freeman, M.D.'s 1941 medical journal article *"Brain-Damaging Therapeutics"* published in A Practical Journal on Psychiatry and Neurology.

14. Attached hereto as **Exhibit 9** is a true and correct copy of Peter Sterling's 2000 article *"ECT Damage is Easy to Find If You Look for It"* published on HealthPlace.com Depression Community.

15. Attached hereto as **Exhibit 10** is a true and correct copy of Meeting Minutes prepared for the August 26, 2019, meeting for the State of California's Traumatic Brain Injury Advisory Board.

16. Attached hereto as **Exhibit 11** is a true and correct copy of John Read, PhD, Irving Kirsch, PhD, and Laura McGrath's 2019 medical journal article *"Electroconvulsive Therapy for Depression: A Review of the Quality of ECT versus Sham ECT Trials and Meta-Analyses"* published in Ethical Human Psychology and Psychiatry.

17. Attached hereto as **Exhibit 12** is a true and correct copy of Harold A. Sackeim, Ph.D.'s 2007 medical journal article "*The Cognitive Effects of Electroconvulsive Therapy in Community Settings"* published in Neuropsychopharmacology.

18. Attached hereto as **Exhibit 13** is a true and correct copy of the New York State Assembly's Report on Electroconvulsive Therapy (ECT) in March 2002.

19. Attached hereto as **Exhibit 14** is a true and correct copy of Bernard J. Alpers, M.D.'s 1942 medical journal article "*Changes in the Brain After Electrically Induced Convulsions in Cats"* published in Archives of Neurology and Psychiatry.

20. Attached hereto as **Exhibit 15** is a true and correct copy of Bernard J. Alpers M.D. and Joseph Hughes, M.D.'s 1942 article *"The Brain Changes in Electrically Induced Convulsions in the Human."*

21. Attached hereto as **Exhibit 16** is a true and correct copy of S. P. Calloway's 1982 letter to the editor titled *"ECT And Cerebral Damage"* published by Cambridge University Press.

22. Attached hereto as **Exhibit 17** is a true and correct copy of Roar Fosse and John Read's 2013 medical journal article *Electroconvulsive Treatment: Hypotheses About Mechanisms of Action"* published in Frontiers in Psychiatry.

23. Attached hereto as **Exhibit 18** is a true and correct copy of James Giles' 2002 article *"Electroconvulsive Therapy and the Fear of Deviance"* published in the Journal for the Theory of Social Behavior.

24. Attached hereto as **Exhibit 19** is a true and correct copy of Hans Hartelius' 1952

article *"Cerebral Changes Following Electrically Induced Convulsions"* published in ACTA Psychiatrica Et Neurologica Scandinavica, Supplementum 77.

25. Attached hereto as **Exhibit 20** is a true and correct copy of David C. Henshall's 2012 medical article "*Cell Death and Survival Mechanisms After Single and Repeated Brief Seizures"* published in Jasper's Basic Mechanisms of the Epilepsies, 4th Edition.

26. Attached hereto as **Exhibit 21** is a true and correct copy of John M. Friedberg, M.D.'s 1977 medical journal article "*Shock Treatment, Brain Damage, and Memory Loss: A Neurological Perspective"* published in the American Journal of Psychiatry.

27. **Exhibit 22** has intentionally been left blank.

28. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from Bernard Knight's Forensic Pathology, Fourth Edition.

29. Attached hereto as **Exhibit 24** is a true and correct copy of a 2000 editorial written by Harold A. Sackeim, "*Memory and ECT: From Polarization to Reconciliation*" published in the Journal of ECT.

30. Attached hereto as **Exhibit 25** is a true and correct copy of John Read, Ph.D.'s 2021 article *"ECT: Dangerous on Either Side of the Pond"* published in the Psychiatric Times.

31. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from Werner U. Spitz and Daniel J. Spitz's Medicolegal Investigation of Death.

32. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from Werner U. Spitz and Daniel J. Spitz's Medicolegal Investigation of Death.

33. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from Jonathan M., M.D. Silver, et al.'s Textbook of Traumatic Brain Injury.

34. Attached hereto as **Exhibit 28** is a true and correct copy of the relevant portions of the official transcript of the Deposition of Richard Abrams, taken in Riera, et al. v. Somatics, LLC, Case No. 2:17-CV-06686 in the USDC, Central District of California on August 2, 2018.

35. Attached hereto as **Exhibit 29** is a true and correct copy of Somatics' 2019 Regulatory Update to Thymatron System IV Instruction Manual.

36. Attached hereto as **Exhibit 30** is a true and correct copy of the World Health Organization's 2023 Mental Health, Human Rights and Legislation Guidance and Practice manual.

37. Attached hereto as **Exhibit 31** is a true and correct copy of Christopher James Dubey, BA, AS's 2017 article *"Electroconvulsive Therapy and Brain Damage: Survey of the Evidence from a Philosophical Promontory"* published in Ethical Human Psychology and Psychiatry.

38. Attached hereto as **Exhibit 32** is a true and correct copy of Max Fink's 1978 medical journal article *"Efficacy and Safety of Induced Seizures (EST) in Man"* published in Comprehensive Psychiatry.

39. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from H.H. Jasper's Basic Mechanisms of the Epilepsies, Fourth Edition.

40. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from Guyton AC and Hall JE eds.'s Medical Physiology, Tenth Edition.

41. Attached hereto as **Exhibit 35** is a true and correct copy of John Friedberg, M.D.'s 1977 Article *"Shock Treatment, Brain Damage, and Memory Loss: A Neurological Perspective"* published in the American Journal of Psychiatry.

42. Attached hereto as **Exhibit 36** is a true and correct copy of excerpts from Love S. et al. eds.'s Neuropathology a Reference text of CNS Pathology, Third Edition.

43. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from Love S. et al. eds.'s Greenfields Neuropathology, Ninth Edition.

44. Attached hereto as **Exhibit 38** is a true and correct copy of Marc R. Pelletier, et al.'s 1999 medical journal article *"Seizure-Induced Cell Death Produced by Repeated Tetanic Stimulation In Vitro: Possible Role of Endoplasmic Reticulum Calcium Stores"* published in the American Physiological Society journal.

45. Attached hereto as **Exhibit 39** is a true and correct copy of I. I. Zarubenko, et al.'s 2005 medical journal article *"Electroconvulsive Shock Induces Neuron Death in the Mouse*

*Hippocampus: Correlation of Neurodegeneration with Convulsive Activity"* published in Neuroscience and Behavioral Physiology.

I declare under penalty of perjury of the United States that the foregoing is true and correct.

Executed on this 5th day of January 2024 at Los Angeles, California.

*/s/ Bijan Esfandiari*
Bijan Esfandiari

**CERTIFICATE OF SERVICE**

I, Bijan Esfandiari, hereby certify that on this date, January 5, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, to be served on all counsel of record by operation of the Court's electronic filing system.

*/s/ Bijan Esfandiari*
Bijan Esfandiari