# Exhibit 27

cholog-
ew weeks af-
rbid level of
l months af-
et al. 1982).
y should be
ional distur-
988). Asking
come of the
xpectations
e emotional
surgery.

wo ways—
ent through
. Electrical
ires at work
torms. The
nt and type
f the body
h the body.
current at
lts) are dif-
or contact
ies >1,000

**TABLE 4–13. Acute and delayed sequelae of electrical injury**

| Acute | Delayed |
|---|---|
| Confusion | Depression |
| Impaired concentration | Memory loss |
| Disorientation | Aphasia |
| Personality changes | Cerebellar dysfunction |
| Paralysis | Cataracts |
| Subdural hematomas | Delayed ascending paralysis |
| Suppression of respiratory center | Syndrome resembling amyotrophic lateral sclerosis |
| Seizures | Transverse myelitis |
| Loss of consciousness | Incomplete cord transection |
| Coagulation of the cortex | |
| Epidural hematoma | |
| Intraventricular hemorrhage | |
| Coma | |

*Source.* Adapted from Browne and Gaasch 1992; Farrell and Starr 1968; and Fish 1993.

## Summary

Comprehensive neuropsychiatric assessments of patients

The more the
of brain injuries a
more commonali
mechanisms may
perience poor ou
schizophrenia, or
free radicals, the
methyl-D-aspart
rocellular apopt
the mechanisms
brain trauma, it
to those found
diseases. Illumi
mechanisms ma
ments that migh
well as other ne
ease states.

## References

Adrian J, Cranksl
and subjecti
gery—a prel
16:144–149,
Alexander MP: T
Neurologic
D. New Yor
American Psych
Manual of

Textbook of traumatic brain injury.

screened for neurocognitive ... bances before the procedure (Adrian et al. 1988). Asking patients about their expectations for the outcome of the procedure is also important because these expectations have an important bearing on the postoperative emotional state, cognitive deficits, and recovery from the surgery.

## Electrical Injuries

Electrocution can cause brain damage in two ways—direct cellular damage due to passage of current through brain tissue and cardiac arrest induced by it. Electrical injuries occur as a result of exposure to live wires at work or home or lightning strikes during thunderstorms. The degree of damage is determined by the amount and type of current, duration of exposure, parts of the body affected, and the pathway of current through the body. Injuries acquired from exposure to electric current at home or work (low voltage injuries <1,000 volts) are different from those sustained from lightning or contact with high-voltage wires (high-voltage injuries >1,000 volts). Injuries due to alternating current are more serious in comparison to those from direct current (Browne and Gaasch 1992; Fish 1993). Patients who experience high-voltage electrical injury may initially show some cognitive deficits with confusion and memory loss, which usually clear within a few days. In cases in which these deficits persist, neuropsychological evaluation should be performed because some symptoms may be permanent, especially in cases of direct electrical injury to the brain (Table 4–13).