# Exhibit 28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
----------------------------------

| | | |
|---|---|---|
| JOSE RIERA, DEBORAH CHASE, PLAINTIFFS, | ) | |
| VS. | ) | CAUSE NO. 2:17-CV-06686 RGK (PJWX) |
| SOMATICS, LLC; AND DOES 1 THROUGH 10, INCLUSIVE, DEFENDANTS. | ) | |

DEPOSITION OF
RICHARD ABRAMS

BE IT REMEMBERED, THAT THE DEPOSITION UPON ORAL EXAMINATION OF RICHARD ABRAMS, M.D., APPEARING AT THE REQUEST OF PLAINTIFFS, WAS TAKEN AT THE BOARDROOM OF BANK OF BOZEMAN, 875 HARMON STREAM BLVD., BOZEMAN, MONTANA, ON THURSDAY, AUGUST 2, 2018, BEGINNING AT 9:56 A.M. SAID DEPOSITION WAS TAKEN PURSUANT TO THE CALIFORNIA RULES OF CIVIL PROCEDURE, BEFORE LAURINE BRINKMAN, A REGISTERED PROFESSIONAL REPORTER (RPR) AND NOTARY PUBLIC FOR THE STATE OF MONTANA.

12:25:25 Are you aware of any changes that Somatics undertook with regard to its marketing or disclosures associated with the purchases of its device that addressed Dr. Weiner's perspective that you had learned in the late '80s?

12:25:52 A. No.

12:25:52 Q. Any reason why not?

12:25:54 A. I didn't agree with his study and it was one of the reasons that it was only published in the proceedings of the American Academy of Science, in the proceedings which is a little book form and it was never published in the peer-review journal. And even years afterwards it never appeared in the peer-review journal which led me to believe that the results could not be confirmed.

12:26:37 Q. At any time to the present has Somatics initiated any studies or tests with regard to this issue of long-term side effects associated with ECT?

12:26:51 A. No.

12:26:52 Q. Any reason why not?

12:26:56 A. That's not our business.

12:27:05 Q. Whose business do you believe it is?

12:27:08 A. Can you rephrase that, could you repeat that question to me?

12:27:14 Q. I'll rephrase.

12:27:15 I believe I asked whether or not Somatics

15:15:37 Class II device, do you have any reason to believe
15:15:40 Somatics ever submitted anything again after 2009 for
15:15:44 reclassification?
15:15:45 A. No.
15:15:49 Q. Are you aware of whether or not Somatics has any
15:15:53 practice of investigating verbal complaints that it's
15:15:57 received as to adverse events associated with ECT?
15:16:01 A. From whom?
15:16:02 Q. Anybody.
15:16:03 A. No, I'm not aware of anything like that.
15:16:13 Q. Has Somatics ever conducted any studies to
15:16:17 determine whether any brain injury could be caused by ECT?
15:16:21 A. Somatics has never conducted any studies of any
15:16:26 kind.
15:16:26 Q. When was the last time you were aware that anyone
15:16:29 has conducted any study as to whether or not any brain
15:16:34 injury could be caused by ECT?
15:16:44 A. Probably those I cite in my book and maybe
15:16:53 perhaps even somewhere -- yeah, the Patient Information
15:16:58 pamphlet on chemicals released by brain cells during
15:17:02 injury and the fact that such studies have been made on
15:17:06 ECT and found no such chemicals in the blood after ECT and
15:17:12 many similar reports. I think that was enolase was the
15:17:18 particular compound that we mentioned.
15:17:24 Q. And so, that study was referenced in your book?

CERTIFICATE OF COMPLIANCE

I CERTIFY that the foregoing deposition transcript was prepared by the reporter designated herein; that a digital copy of the reporter's transcript was submitted by the reporter to Personal Court Reporters, Inc., for the purposes of preparing electronic and/or paper copies for the requesting parties; that the transcripts have been prepared, distributed and invoiced pursuant to the order on file with Personal Court Reporters, Inc.

I FURTHER CERTIFY that the production and distribution of the transcripts comply with all applicable regulations as well as CCP 2025 and Federal rule 30.

DATED at Van Nuys, California, this 20th day of August, 2018.

Lisa Carrier

______________________________
Personal Court Reporters, Inc.
Vice President
Lisa Ann Carrier, CSR 6828