```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Diane O'Neil

    v.                                                            Case No. 1:20-cv-00175-PB

Somatics, LLC et al

## JUDGMENT

In accordance with the following, judgment is hereby entered.

1. Memorandum and Order by Judge Paul Barbadoro dated September 24, 2021;

2. Memorandum and Order by Judge Paul Barbadoro dated September 30, 2022;

3. Endorsed Order by Judge Paul Barbadoro dated October 3, 2022; and

4. Stipulation for Dismissal with Prejudice dated August 16, 2024.

                                                              By the Court:

                                                            /s/Daniel J. Lynch
                                                           Daniel J. Lynch
                                                           Clerk of Court

Date: August 19, 2024

cc: Counsel of Record